**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ALLEN D. BISHOP, III,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:20-cv-3052** |
| | : | |
| **v.** | : | **Chief Judge Algenon L. Marbley** |
| | : | |
| **COULTER VENTURES,** *et al.*, | : | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| **Defendants.** | : | |

**ORDER**

This matter is before this Court on the parties' stipulation of dismissal of this case with prejudice.  Based on the parties' representations, it is hereby **ORDERED** that all claims of Plaintiffs Allen D. Bishop and Marcellus Murray against Defendants Coulter Ventures, LLC d/b/a Rogue Fitness; William "Bill" Henniger; and Caity Matter Henniger are **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs.

**IT IS SO ORDERED.**

**CHIEF JUDGE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT**

**DATED: August 1, 2024**